IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICO DONTAY SOLOMON,

    Plaintiff,
v.                                       CASE NO. 5:17-cv-15-MCR-GRJ

WARDEN JOHNSON, et al.

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a handwritten Complaint. ECF No. 1. Plaintiff failed to either pay the filing fee or file a motion for leave to proceed as a pauper. The Court ordered Plaintiff to file an Amended Complaint on the Court's form and either pay the filing fee or file an IFP motion by February 27, 2017. ECF No. 3. As of this date, Plaintiff has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** this 8th day of March 2017.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**