**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**RICO DONTAY SOLOMON,**

    **Plaintiff,**

v.                                                                       Case No. 5:17cv15-MCR-GRJ

**JOHNSON
WARDEN,**

    **Defendant.**

_____/

## ORDER

This case is before the Court on the Magistrate Judge's Report and Recommendation dated March 8, 2017, ECF No. 6. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed. Having fully reviewed the matter, the Court finds that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and

incorporated by reference in this Order.

2. This action is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an Order of the Court.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 6th day of April, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**